No. 82–291.  DOLLAR ELECTRIC CO. v. SYNDEVCO, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–292.  CONSULTANTS & ADMINISTRATORS, INC. v. ILLINOIS DEPARTMENT OF INSURANCE ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 82–296.  WHALEN, T/A TOWSON ASSOCIATES LIMITED PARTNERSHIP ET AL. v. FORD MOTOR CREDIT CO.  C. A. 4th Cir.  Certiorari denied.

No. 82–301.  SOLARGEN ELECTRIC MOTOR CAR CORP. ET AL. v. GENERAL MOTORS CORP.  C. A. 2d Cir.  Certiorari denied.

No. 82–302.  HODGE v. SOUTH CAROLINA; and
No. 82–351.  MCLEOD v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.  Reported below: No. 82–302, 278 S. C. 110, 292 S. E. 2d 600; No. 82–351, 278 S. C. 112, 293 S. E. 2d 699.

No. 82–304.  SONA FOOD PRODUCTS CO. v. HAIN PURE FOOD CO., INC.  C. A. 9th Cir.  Certiorari denied.

No. 82–306.  NORRIS v. JACKSON ET AL.  C. A. 6th Cir. Certiorari denied.

No. 82–311.  BURLINGTON NORTHERN INC. v. BUSKIRK. App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 82–361.  COLACURCIO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 82–377.  FAIRCLOTH ET AL. v. UNITED STATES. C. A. 4th Cir.  Certiorari denied.